# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Valarie Cobey | CASE NO.: 3:08-CV-0895 |
| Plaintiff, | JUDGE: Jack Zouhary |
| v. | |
| United Collection Bureau, Inc. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

          RESPECTFULLY SUBMITTED,

          Macey & Aleman, P.C.

          By:   /s/ Jeffrey S. Hyslip
              Jeffrey S. Hyslip
              Attorney for Plaintiff
              The Sears Tower
              Suite 5150
              Chicago, IL 60606
              Telephone: 1.866.339.1156
              Jsh@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2008 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

United Collection Bureau, Inc.
5620 Southwyck Blvd., Suite 206
Toledo, OH 43614

/s/ Jeffrey Hyslip